IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:07CR3024 |
| Plaintiff, ) | |
| vs. ) | DETENTION ORDER |
| DASOWN GEORGIO NIX, ) | PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |
| Defendant. ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 17, 2012                               BY THE COURT:

                                                 *s/Cheryl R. Zwart*
                                                 United States Magistrate Judge